# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

_____ Helena _____ **DIVISION**
(You must fill in this blank.  See Instruction F)

**DEC 11 2017**

Clerk, U.S. Courts
District of Montana
Helena Division

_Robert James Cordice_

Case No. _____
(to be filled in by the Clerk's Office)

*(Write the full name of each plaintiff who is filing this complaint. Each named plaintiff must sign the complaint.)*

**Plaintiff,**
-against-

Meagher County , Sheriff Jon Lopp, Kimberly Deschene

John Wells , Jerry Churchill

Montana Attorney General Mr. Tim Fox

A.T.F. Agent  Brian McNamee

See Attached List *9 to 15 page*

*(Write the full name(s) of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. The names listed in the above caption must be identical to those contained in Section II. Do not include addresses here and do not use et al.)*

**Defendants.**

**COMPLAINT**
(Pro Se Non-Prisoner )

Jury Trial Demanded:  ☐ Yes  ☑ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to

*Pro Se Non-Prisoner Complaint Form*
*Plaintiff's Last Name* Cordice

*(Revised April 2016)*
*Page 1 of 15*

*Total of 15 pages*

# INSTRUCTIONS

1.  Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2.  The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3.  If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis.

4.  Complaints submitted by persons proceeding in forma pauperis must be reviewed by the Court before defendants are required to answer. *See* 28 U.S.C. § 1915(e)(2). The Court will dismiss your complaint before it is served on defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention. Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5.  The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

<u>Billings Division:</u>    *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden*

*Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*

**U.S. District Court Clerk, 601 2nd Avenue North, Suite 1200, Billings, MT 59101**

<u>Butte Division:</u>      *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*

**U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

<u>Great Falls Division:</u> *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*

**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

<u>Helena Division:</u>    *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*

**U.S. District Court Clerk, 901 Front St., Ste 2100,  Helena, MT 59626**

<u>Missoula Division:</u>  *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*

**U.S. District Court Clerk, P.O. Box 8537,  Missoula, MT 59807**

**I.    Parties to this Complaint**

   A.    Plaintiff

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert James Cordice |
| Street Address | 3760 Highway 101  SPC #32 |
| City and County | Florence |
| State and Zip Code | Oregon      Zip Code 97439 |
| Telephone Number | 541-590-9209 |
| E-mail Address | micmacstand@gmail.com |

   B.    Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Jon L Lopp |
| Job or Title | Sheriff Meagher County , Montana (if known) |
| Street Address | 949 Newlan Creek Rd |
| City and County | White Sulphur Springs, MT |
| State and Zip Code | 59645-9669 |
| Telephone Number | 406-547-3478 |
| E-mail Address | jlopp@sheriff.meagherco.org (if known) |

☑ Individual capacity        ☑ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Kimberly Deschene |
| Job or Title | Meagher County Attorney (if known) |
| Street Address | 201 W. Main St. |
| City and County | White Sulphur Springs, MT     59645 |
| State and Zip Code | |
| Telephone Number | 406-547-2351  FAX - 406-547-2329 |
| E-mail Address | kimberlydeschene@gmail.com (if known) |

☑ Individual capacity        ☑ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Mr. Tim Fox |
| Job or Title | Montana Attorney General (if known) |
| Street Address | 215 N Sanders, Third Floor |
| City and County | Helena |
| State and Zip Code | Montana   59620-1401    444-2026 |
| Telephone Number | (406) 444-2026 |
| E-mail Address | E-mail: contactdoj@mt.gov (if known) |

☑ Individual capacity        ☑ Official capacity

Defendant No. 4:

|  |  |  |
|---|---|---|
| Name | John Wells | |
| Job or Title | Meagher County City Judge | (if known) |
| Street Address | 105 W. Hampton | |
| City and County | White Sulphur Springs MT - PO Box 442 | |
| State and Zip Code | 59645-9607 | |
| Telephone Number | 547-3634; 547-6371 fax | |
| E-mail Address | | (if known) |

   ☑  Individual capacity     ☑  Official capacity

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

## II.  Basis for Jurisdiction

Check the option that best describes the basis for jurisdiction in your case:

☑    **Federal Question:**  Claims arising under the Constitution, laws, or treaties of the United States.  This includes claims brought under 42 U.S.C. § 1983 against state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

☑    **U.S. Government Defendant:**  United States or a federal official or agency is a defendant.  This includes claims brought against federal employees under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

☐    **Diversity of Citizenship:**  A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

## III.  Venue

This court can hear cases arising out of the District of Montana.  Under 28 U.S.C § 1391, this is the right court to file your lawsuit if:  (1) All defendants live in this state AND at least one of the defendants lives in this district;  OR (2) A substantial part of the events you are suing about happened in this district;  OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district.

Please explain why venue is appropriate in this Court:  All Occured in the State of Montana where Plantiff & Defendant's presiding.

IV.     **Statement of Claim(s)**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.     Count I:

1.     What federal constitutional or statutory right(s) do you claim is/are being violated by defendants?

To be Protected by our laws, The right to ask for help from Public Office's and Agency. Deprived of Medical testing and treatment. Discrimination against me. Equal Protection under the Law

2.     What date and approximate time did the events giving rise to your claim(s) occur?

September 11th 2012 and on going On November 2014 Montana Court violated my civil rights to contact any member of the Court, Sheriffs Office or Prosecution.

3.     Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe what happened without citing legal arguments, cases, or statutes).

Sheriff Jon Lopp came to my home in Meagher County at my request on an assault. I asked the Sheriff to remove all the firearms from the home. My son Timothy R. Cordice had an assault rifle in his hands and the Sheriff refused to take it saying it belonged to my son, I told him he was a convicted felon from Maine with numerous felony convictions in Maine, Maine Courts requesting he not have firearms a Court Order. I witnessed him with this assault rifle and refused to recognize State of Maine & Federal Law request. I told the Sheriff I know my son has been poisoning me and my wife gave this assault rifle to my son against my will. I was arrested and hospitalized never testing for poison. Negligence By the Sheriff And State. Tis Sheriff cannot overturn State of Maine Court ruling. John Wells forged Court Documents. Prejudiced, The Right to know , Excessive Sanctions, Dignity, Freedom of Speech & Protection under the Law.

4.     Defendants Involved:  (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

Jon Lopp Refused to arrest my son and Wife. Refused medical attention & testing for poison.
Kimberly Deschene knew of this and had some obligation for justice in her position as State Defender.
Tim Fox was asked many times for help by me and refused to reply other than having a Montana Highway Patrol email me telling me if I asked Mr. Fox for help one more time I could go to prison for seven years.
A.T.F. Agent  Brian McNamee was asked by me many times and never acted on request of dealing with a convicted felon with firearms. Mr. Fox Office emailed me saying He had no Jurisdiction of local agency like the County Sheriff Supreme Power over other States Court Rulings Overturning out of State Convictions. Please see attachments for information.

(**NOTE**:  For each additional claim, use a blank sheet  labeled "APPENDIX B.  STATEMENT OF CLAIMS."  You must address paragraphs IV(A)(1-4) for each count., following the directions under IV.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  (Do not cite legal arguments, cases, or statutes).   Attach additional pages if needed.

Loss of my home and health along with personal belongings. I complained to the Sheriff & Medical Staff of poisoning at the time of my incarceration and in custody of Meagher County. Today I am under Doctors care for kidney failure, aneurysm main artery, nose bleeds and esophagus.

(**NOTE:**  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C:  INJURY").

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

They knew of my son and wife. They having proof of their credibility chose not to act, discriminating against me. Their actions were against another State's Courts and Legal System . Half of my estate damages are Four Hundred Thousand Dollars $400,000.00 Emotional distress , Mental Anguish and Medical Internal Organ Damage, Seven Hundred fiftyThousand Dollars $750,000.00 Punitive damages Five Million Dollars $5000000.00. Kidney failure average is 5 years until death. Basis : prejudice and discrimination against me as a United States citizen from State of Maine moving to Montana. Meagher County City Judge at his Court House told me " We Don't Even Know You" I Thought Justice was Blind.

(**NOTE:**  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").

**VII.   Plaintiff's Declaration**

A.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

B.   I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

C.   I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:
- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);
- birth dates must include the year of birth only (e.g. xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.
I understand I am responsible for protecting the privacy of this information.

D.   I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury.  I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _3760 HWY 101 Florence OR_  on _Nov 21st_____, 20 _17_ .
                      (Location)                                (Date)

Signature of Plaintiff: _Robert J. Cordice_

Printed Name of Plaintiff: _Robert James Cordice_

Robert J. Cordice vs Meagher County Montana District 14
Office of The State Defender State of Montana
Mountain View Medical Center Zip 59645
Attorney General of Montana
Meagher County News
ATF of Montana

Nov 21st 2017

Request Trial by Judge United States District Court District of Montana
Bench Trial

I Robert J. Cordice request trial by judge for the following reasons : I have no faith in The State of Montana Legal System caused by their inaction and actions from 9/11/12 to present day. The accused defendants grossly violated their use of power and authority with privileges, conspired against me with no morals, practiced unethical behavior in such an inhumane way, while violating my basic civil rights, an essential foundation of The United States of America.

I have faith in our United States District Courts. I am not educated in law nor our legal system. I do know right from wrong. I cannot afford an attorney, I understand trial by Judge is a more informal trial. I believe I can provide a preponderance of evidence that my basic civil rights were violated and the defendants conspired against me showing great prejudice, using manipulation and deception.

I request to reserve names of my witnesses until the Court request them and any other information. I ask for a speedy trial because of their inaction and actions. I am under doctors care for stage 4 kidney failure, aneurysm, esophagus problems, nerve damage and constant nose bleeds. I explained my situation to the doctors who agreed with me that I could have been poisoned and it is too late to prove. I requested a test to prove this back on 9/11/12 when this occured. I told both the Sheriff of Meagher County and the Local Hospital Mountainview Medical Center I felt strongly that my son Timothy poisoned me, both of them ignoring my request and concerns.

From Nov 26, 2014 until Nov 26, 2017, because of District Court stipulation, I have not been allowed to contact any of the following people whom are public servants, which is another violation of my civil rights.

The following is a list of names I accuse of conspiring against me violating my Civil Rights.

Jon Lopp / Meagher County Sheriff

**Mountainview Medical Center**
**16 W. Main St.**
**White Sulphur Springs, MT 59645**

Maebeth Seidlitz / Meagher County Sheriffs office and jail Supervisor

Kimberly Deschene / Meagher County Attorney

John Wells / Meagher County City Judge

Paula Wildman / Meagher County Justice of the Peace

Donna Morris / Meagher County Clerk of District Court

Meagher County News
PO Box 349
13 East Main
White Sulphur, MT   59645-0349


Jerry Churchill / Meagher County Justice of the Peace resigned on 9/21/12

Jim Lippert  / State of Montana Public Defender / Lawyer


Kakuk, Michael S / State of Montana Public Defender / Lawyer

Timothy Fox / Montana Attorney General

A.T.F. Agent   Brian McNamee of Helena Montana

Robert J. Cordice vs Meagher County Montana District 14
Office of The State Defender State of Montana
Mountain View Medical Center Zip 59645
Attorney General of Montana
Meagher County News
ATF of Montana

Nov 21st 2017

This is not a conspiracy speculation, this is factual of civil rights violations, abuse of power entrusted in public servants who are expected to have values upholding the foundation of America and Constitution of United States of America 1789 (rev. 1992.) Public figures are deemed to have higher standards with integrity, morally upholding their given duty without prejudiced endeavoring equal justice under law, endowing blind justice, and maintaining a fair and trusted balance of scales seeking unbiased justice .

America is the envy of the world for the freedom we are endowed from our founding fathers, trials and tribulations evident in our Constitution. We must sustain this constitution in order to remain united with equality for all. This is the foundation that the world admires and respects. Abraham Lincoln understood just how important our constitution is if we are to survive in order to seek Liberty and the pursuit of Happiness, resulting in the Civil War of 1861, uniting all the States under the Constitution with equality for all. I fear the possibility of division exists now between states in America. Unity is crucial to survival for the States to remain united. We need to strive for equality in order to remain united.

My diligence derives from my belief in justice and the Constitution. The public servants I have listed allowed themselves to act in violating my civil rights, acting on their personal beliefs, obstructing justice in many ways and depriving victims who needed protection under the law with total disregard of the law, total travesty.

My wife of 43 years, we have two children together, boys who are grown men both have many problems and are convected felons from Maine. I deeply care for all of them no matter what. Its just the way I am. Diane became ill before we moved to Montana, she was under treatment in Maine but stopped treatment in Montana. Our grown sons came to live with us, I was ok with that because I knew they did not have much of a future with their record and all. I never thought they would do what they have done. This could have been avoided with equal justice under the law. Instead they were given the golden key for criminality causing crimes and with thousands of dollars taken by them. This has led to loss of many assets, my home and my wife, plus my health.

My wife Diane suffers from Delusional Disorder. I know this because of my experience with mental illness, conversations she had with close friends of mine, and the letter she received from Mountainview Medical Center in White Sulphur Springs, MT, stating her need to seek psychiatric help. My personal experience stems from back in 1991 I was hospitalized for severe depression for three weeks, spent years going to M.M.C. Clinic for treatment that was successful with medication. I do carry a burden of being labeled as mentally ill. I was offered a job from The State of Maine to attend classes and become a counselor for the mentally ill. I regretfully turned them down.

My wife Diane with her illness was intimidated by our oldest son. She tried to keep in contact with me but she was not allowed to by our son. He brainwashed her manipulating control using her own medical condition. The public servants involved in the legal matters and responsibilities could not fathom any of this, so they took the law into their own hands causing chaos into our legal system through intimidation to me falsifying information and appropriate action, failing to recognizing the truth. This is why I tried to have my son arrested for a felon in possession with firearms and drugs to prevent any more damage to his mother; she was and still is a victim. The truth for understanding and justice has been blocked by Sheriff Jon Lopp with his clan of back woods comrades in control of Meagher County Legal System, backed by poor decisions by Mr. Timothy Fox, Attorney General. I believe Mr Fox's inactions were for political reasons seeking future advantage. Mr. Fox went as far as to threaten me through litigation but his attempt failed, then he threatened by having a Lieutenant of the Montana

State Police contact me telling me not to contact the Attorney General's Office, If I did I would be arrested for stalking punishable by seven years in Montana State Prison. I emailed back to him trying to explain I am only seeking help from Mr. Fox, wanting his reply,Yes I will help you or no I will not help you, that is all I asked.

Mr. Fox very well knew he was wrong, and at a public dinner he went out of his way to tell a friend of mine, who helped Mr. Fox get elected, I hope you understand I have no authority over Sheriffs in Montana. His duty is to protect the Constitution recognizing all the other States Legal wishes. My sons felony convictions were in State of Maine Superior Court felony conviction, stipulating no fire arms. Only Maine can pardon him, not a Montana Sheriff nor a Montana Attorney General. Our states are united.

I requested a welfare check on my wife because I could not and did not trust the Sheriff Jon Lopp along with District 14 Meagher County Public Servants Here is a copy :

Dear Gail,

I want to use the Public Defenders from the State of Montana regarding this ; I know what I am talking about. I do not want anyone in the Meagher County asked about my request including the Sheriff, Jon Lopp etc.

I need this legal in order to protect myself from this set up Order of Protection. I now know just what our sons are capable of and Diane's mental health. I fear they have cleaned her out and completely taken over everything including Bank Accounts. Terrorizing their Mother for monetary gains, this is an elderly women who suffers from delusion. I know what I am talking about after 45 years plus. I will not go into this now. I hold The State of Montana responsible for the following at this time.

I request a written welfare check physical and mental evaluation of Diane K. Cordice including research of her Bank Accounts to verify of any large amounts on money taken out through coercion - intimidation by our sons, Timothy R. Cordice and David S. Cordice, both having extensive criminal records. I do not want anyone in Meagher County District 14 to be involved or know about this request; Reason I have absolutely no confidence in any and all Public Servants in Meagher County District 14 State of Montana.

I request a written report in detail of this investigation I am requesting deeply concerned of this woman's welfare : Diane K. Cordice.

Please understand my concern and request, I myself unable to do this  derived by erroneous Order of Protection. Please advise me on your plans regarding this matter.

Sincerely,
Robert J. Cordice

Sent to: Gail for Mr. Adam M. Larson
Office of The State Public Defender State of Montana

They did nothing and refused to act on my request !  R.C.

I have over overwhelming evidence of Civil Rights Violations I reserve the right to give the courts and defense any more information until necessary by the U S District Court of Montana.

# The Americans with Disabilities Act (ADA) is a Federal civil rights law

Jon Lopp / Meagher County Sheriff ; Knew I was on S.S.D.I. Disability upon my arrest on 9/11/12 and on going. This is just the tip of the Ice Berg :

District 14 of Montana Sheriff Jon Lopp denied me a Federal Advocate or any Advocate at all that I asked for, at the time of my arrest and incarnation, "Rush to Judgement" by Sheriff Jon Lopp. I requested a federal advocate because I was in relapse, confused and unable to defend myself. They refused to allow me to have help that I asked for. This is Disability Discrimination by Sheriff Jon Lopp, who knew of my condition, taking advantage of my disability. Instead Sheriff Jon Lopp interrogated me ferociously.

Maebeth Seidlitz / Meagher County Sheriffs office and jail Supervisor told me while I was incarnated waiting for trial She Said : You have no Rights ! you are a prisoner !

This Sheriff only had two Deputys working for him, both quit and no longer work there. One Deputy told me they all knew how bad my son was. This Deputy knew I was leaving town , and he stopped me and gave me two hundred dollars of his own money, wanting to help me. He is a good person.

City Judge John Wells said to me, after I asked him what he based his opinion on, said we don't even know you ! I don't have to tell you anything ! That is Discrimination, small town oligarchy of District 14 Montana

City Judge John Wells by Montana Law is responsible for his court paper work, but he falsified court papers to look as if another Judge who recently retired held the hearing.

City Judge John Wells was asked by me, where is the Order of Protection ? I wanted to appeal it to District Court in front of a real Judge. City Judge John Wells lied to me and said, "I don't know where it is, they took it" I said who are they ? He said I don't know ! He then said maybe it went to Livingston, Park County with your Divorce. He then said he made mistakes and that he never did one before !

Kimberly Deschene / Meagher County Attorney charged me with violating the protection order when my wife and I conversed through email. I told Kimberly Deschene that we both willingly conversed together, we are both guilty. Kimberly said no, only you, she said to me, I misquoted the law, she can contact you , but you can't contact her.
Kimberly Deschene obstructed justice by withholding crucial evidence, only to seek prosecution for District 14 of Montana, satisfying Sheriff Jon Lopp, City Judge John Wells and herself. They made this personal and prejudice by their personal beliefs. They violated our laws resulting in their ideas of what the laws in District 14 should be. After all, they control District 14 lock stock & barrel.

I was in fear of all of them in District 14 of Montana and great concern of my wife's health. I wanted to get in front a real District Court Judge, so I phoned Kimberly Deschene / Meagher County Attorney office. I told them I was in fear of the Sheriff and wanted to put a temporary Order of Protection on Jon Lopp until I could explain to a real Judge what was going on. Her office reply to me was, Jon Lopp is the Sheriff ! You can't put an order of protection on him ! The conversation ended. I can tell you that is not equal protection under the law. I can tell you much more of this Sheriff and his ignorance.

Paula Wildman / Meagher County Justice of the Peace told me many times she knew nothing of the Order of Protection and did not even know of it, she could not even find it !
Paula Wildman / Meagher County Justice of the Peace later on she told me the Protection Order was written in stone and I could not appeal it. Civil Rights Violation.
Paula Wildman / Meagher County Justice of the Peace, was new on the job, I don't think was even certified, knows very well I sat in their jail over two months without Legal representation. Paula Wildman phoned me in the jail to apologize to me for sitting in jail so long over two months without a

court date and with no representation of any kind. I can say during my hearing with Paula Wildman / Meagher County Justice of the Peace , Kimberly Deschene, that Paula Wildman was on the phone during the whole time talking to Jim Lippert, who explained how to proceed through the process. I sat there like a dummy ! They fined me 360.00 for conversing with my wife, then Kimberly Deschene said to me If you ever come back in front of me I'll Throw The Book at You ! I made arrangements to pay 50 dollars a month. Three weeks later I wrote to District 14 Montana and told them I would sue them over this and I refuse to pay the 360.00. They were in fear of being sued so they had Jim Lippert email me, saying "don't you remember" they waved the fine, you don't have to pay anything. This was a lie by Mr. Lippert and District 14, they did not wave the fine at the conclusion of the court action. This was an action after the fact taken by them in fear of a lawsuit.

Donna Morris / Meagher County Clerk of District Court, I phoned her more than once asking if the Order of Protection was filed in District 14 court ? Her reply every time was, no I know nothing of it ! Every time I asked, they knew nothing, they only produced this order when they wanted to charge me for a violation. Civil Rights Violation.

Kakuk, Michael ; Public Defender told me he had a conflict of interest but he would take the case anyway. He did nothing for me showing by his actions he was helping Montana District 14 prosecution prosecute me. He showed extreme Malice toward me.


I called every county in Montana looking for this Order of Protection Court location where it was filed, in order to appeal to a higher Court and was unable to locate it. They obviously had it all along. They obstructed justice showing great prejudice, lacking any and all accountability by not acknowledging where it was filed. They knew where it was filed.

Mountainview Medical Center
Violated my basic right to life with medical attention; I had been rushed to Mountainview Medical Center from the Meagher county jail three times in a three week period. I was in the custody of Sheriff Jon Lopp at this hospital. At the hospital I was seen by Mr. Brett who the hospital said is a Doctor for this Hospital. I told this Doctor I have been very sick and confused , I believe my son has been poisoning me. This hospital did nothing not even blood work or testing in any way denying me basic rights to life as though I had no value. Today I am under doctors care for stage 4 kidney failure, aneurysm, esophagus problems, nerve damage and constant nose bleeds, skin lesions and had acute vomiting. Dr. Brett quit his job at this hospital and moved to Oregon.

When I was released from the Meagher County Jail I attempted suicide, two men knew of this and came to my aid. They reported this to the Meagher County Sherif's Office. The Deputy on duty came to me asking for all my prescriptions, he brought them to Mountainview Medical Center who's only action was a reply to the deputy, He will have one hell of a headache tomorrow. They did not even want to see me. I was a human being in a life threatening crucial situation. This may explain why Montana has one of the highest rates in the Country for deaths by suicide. No Intervention ! This hospital has a moral obligation to help me.

Meagher County News ; I spoke with Jason Phillips of Meagher County News about my oldest son a convicted felon with guns and drugs living in the community and the Sheriff's failure to act to protect the community. Meagher County News refused all my attempts to inform the people in this community of the possible danger. Later on I made an agreement with Mr. Jason Phillips to pay money for this information to be printed in his Meagher County News. I sent him a USPS Money Order, his reply was he never received this in the US Mail.

This was obvious to me he was conspiring with District 14 where his paper existed. This News Paper could be a roll model for Russian News Media with no place in America.

Civil Rights Violation Freedom of The Press , Our Founders saw as inherent in the principle of freedom of the press: the search and attainment of truth, scientific progress, cultural development, the increase of virtue among the people, the holding of governmental officials to republican values, the strengthening of community, and a check upon self-aggrandizing politicians.

Please take notice : District 14 of Montana has forged Court Documents, I would not trust any Document from District 14 of Montana unless it could be verified by an independent group.

There are no winners in this case other than the survival of our Justice System, if it survives the Constitution survives, the people win.

Due to my health I ask the Court for a speedy Trial.

Sincerely,

Robert J. Cordice